

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-25-00198-CV

_____

IN RE CHARLOTTE CARROLL, RELATOR

---

Original Proceeding
Local Administrative Judge of Tarrant County, Texas
Prefiling Proceeding

---

Before Walker, J.; Sudderth, C.J.; and Womack, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and the local administrative judge of Tarrant County's order dated May 1, 2025, and is of the opinion that the petition should be dismissed as moot. Accordingly, relator's petition for writ of mandamus is dismissed as moot.

Per Curiam

Delivered: May 2, 2025